IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL LEE X. VANCE, | : | |
| Petitioner, | : | 1:21-cv-0422 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SUPERINTENDENT THOMAS MCGINLEY, | : | |
| | : | |
| Respondent. | : | |

### ORDER

### April 5, 2021

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DEEMED filed and DISMISSED without prejudice.[1]  *See* R. GOVERNING §2254 CASES R. 4.

2. The Clerk of Court is directed to NOTIFY the Petitioner and CLOSE this case.

3. The dismissal is without prejudice to Petitioner's right to pursue his claim in a properly filed civil rights complaint.

                                                s/ John E. Jones III
                                                John E. Jones III, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania

---

[1] Petitioner paid the filing fee on March 30, 2021.  (Doc. 4).